**Motion for Rehearing and Related Motions Granted; Memorandum Opinion issued November 13, 2012 Withdrawn, Appeal Reinstated, and Order filed January 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00412-CV
_____

### J.M. ARPAD LAMELL, Appellant

### V.

### INDYMAC MORTGAGE SERVISES F.S., A DIVISION OF ONE WEST BANK, FSB, A FOREIGN CORPORATION, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2010-11491**

## ORDER

On November 13, 2012, we dismissed this appeal for want of prosecution because appellant did not file a brief and did not respond to this court's order. *See* Tex. R. App. P. 42.3(b). On December 12, 2012, appellant's counsel filed a combined motion for rehearing, motion for extension of time to file rehearing, and

motion for extension of time to file appellant's brief. The court requested THAT appellee file a response to the motion, and the response was filed December 28, 2012. On January 7, 2013, appellant filed a pro se motion asking that his counsel be permitted to withdraw and he proceed pro se in this appeal. Appellant also requested an additional twenty days to file appellant's brief. We **GRANT** appellant's motions for extension of time to file rehearing, for rehearing, to permit counsel to withdraw and proceed pro se, and for extension of time to file appellant's brief, and issue the following order:

We **ORDER** this court's opinion of November 13, 2012, **WITHDRAWN** and its judgment of that date **VACATED.** We **ORDER** the appeal **REINSTATED.** Appellant is granted a **twenty-day** extension of time to file appellant's brief. Appellant's brief is due on or before **February 6, 2013.**

PER CURIAM